JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DOAN NIEM H.,

Petitioner,

v.

D. MARIN, *et al.*,

Respondents.

Case No. 5:26-cv-03502-SVW-DMK

JUDGMENT

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

It IS ADJUDGED that the Petition for Writ of Habeas Corpus is DISMISSED as moot, without prejudice.

DATED: October 22, 2026

Honorable Stephen V. Wilson
United States District Judge